[No. S005227. Mar. 2, 1989.]

DAVID PRESS, Petitioner, v.
COMMISSION ON JUDICIAL PERFORMANCE, Respondent.

COUNSEL

Joseph D. Canty, Jr., for Petitioner.

John K. Van de Kamp, Attorney General, Steve White, Chief Assistant Attorney General, Louis R. Hanoian and Leslie Fleming, Deputy Attorneys General, for Respondent.

OPINION

LUCAS, C. J.—David Press, formerly a judge of the Justice Court for the Crest Forest Judicial District of San Bernardino County, seeks an order rejecting or modifying a recommendation of the Commission on Judicial Performance that this court impose public censure. (Cal. Const., art. VI, § 18, subd. (c).) It appears, however, that Mr. Press no longer holds a judicial office, and that review of the recommendation by this court is not warranted.

The petition is therefore denied; the recommendation of the Commission is rejected; and the Commission is directed to dismiss the proceeding as moot.